MICHAEL E. BREWER, Bar No. 177912
mbrewer@littler.com
ALEXA L. WOERNER, Bar No. 267609
awoerner@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
OFFICE DEPOT, INC.

RICHARD M. ROGERS, Bar No. 045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415.981.9788
Facsimile: 415.981.9798
RogersRMR@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAIRD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE DEPOT,<br><br>　　　　　　　Defendant. | Case No. 3:12-CV-06316-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED]<br>ORDER TO CONTINUE MEDIATION<br>DATE** |

(NO. 3:12-CV-06316-EMC)

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE MEDIATION
DATE

1   WHEREAS, on March 28, 2013, the Honorable Edward M. Chen ordered that Plaintiff Michael Baird ("Plaintiff") and Defendant Office Depot ("Defendant") participate in mediation by July 26, 2013.

WHEREAS, the parties and the mediator were unable to schedule a mediation in the above-tiled action for a mutually agreeable date until August 13, 2013.

WHEREAS, a mediation is scheduled in the above-titled action for August 13, 2013 at 10:00 a.m. with James F. Hodgkins Esq.

THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned parties, through their counsel of record:

1. The mediation deadline in this case be continued from July 26, 2013 to August 30, 2013.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 8, 2013

/S/ Alexa L. Woerner
MICHAEL E. BREWER
ALEXA L. WOERNER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: July 8, 2013

/S/ Richard M. Rogers
RICHARD M. ROGERS
LAW OFFICE OF RICHARD M. ROGERS
Attorney for Plaintiff
MICHAEL BAIRD

///
///
///
///
///
///
///

(NO. 3:12-CV-06316-EMC)    2.    STIPULATION TO CONTINUE MEDIATION DATE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 8, 2013

>
> */S/ Alexa L. Woerner*
> MICHAEL E. BREWER
> ALEXA L. WOERNER
> LITTLER MENDELSON, P.C.
> Attorneys for Defendant
> OFFICE DEPOT, INC.

## **[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing, the Court hereby continues the mediation deadline in this case from July 26, 2013 to August 30, 2013.

**IT IS SO ORDERED.**

Dated: \_\_\_\_7/12_____, 2013

HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT
JUDGE

*IT IS SO ORDERED. Judge Edward M. Chen*

Firmwide:121618299.1 063095.1058

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-06316-EMC)    3.    STIPULATION TO CONTINUE MEDIATION DATE