UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MICHAEL BAIRD,
    Plaintiff,

v.

OFFICE DEPOT,
    Defendant.

No. C 12-6316 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    August 13, 2013
Mediator:    James Hodgkins

    IT IS HEREBY ORDERED that the request to excuse defendant Office Depot's client representative, Jason Nickerson, from appearing in person at the August 13, 2013, mediation before James Hodgkins is GRANTED.  Mr. Nickerson shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 31, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge