UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAIRD,<br><br>           Plaintiff,<br><br>    v.<br><br>OFFICE DEPOT,<br><br>           Defendant. | Case No. 3:12-CV-06316-EMC<br><br>**REQUEST AND [PROPOSED] ORDER TO CONTINUE DISCOVERY HEARING SET FOR OCTOBER 9, 2013**<br><br>DATE: October 9, 2013<br>TIME: 1:00 p.m.<br>COURTROOM: A<br>JUDGE: Magistrate Judge Nathanael Cousins |

    Defendant Office Depot Inc., hereby requests that this Court continue the discovery hearing in this case, currently scheduled for October 9, 2013 at 1:00 p.m., to the next available court date. This Request is not brought to delay this matter or for any improper purpose.

    On September 26, 2013, this Court set a discovery hearing in this matter for October 9, 2013 at 1:00 p.m. Unfortunately, counsel for Defendant Office Depot, Inc. is required to attend a previously scheduled, non-refundable mediation in another matter, a class action, also on October 9, 2013. Pursuant to Civil Local Rule 7-11, Counsel for Defendant requested that Plaintiff Michael Baird stipulate to the continuance of this hearing, but Plaintiff refused. See Declaration of Alexa Woerner in Support of Defendant's Request to Continue Discovery Hearing at ¶¶ 4-5. Accordingly,

///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-06316-EMC)      REQUEST AND [PROPOSED] ORDER TO CONTINUE DISCOVERY HEARING

1  Defendant now brings this request for a continuance of the October 9, 2013 discovery hearing in this
2  case to the next available court date.
3
4  _____
5
6  Dated: October 3, 2013      /S/ Alexa Woerner
7                              MICHAEL E. BREWER
                                ALEXA L. WOERNER
8                              LITTLER MENDELSON, P.C.
                                Attorneys for Defendant
9                              OFFICE DEPOT, INC.

10                              [PROPOSED] ORDER

11     Good cause appearing, the Court hereby continues the discovery hearing in this matter,
12  currently scheduled for October 9, 2013, at 1:00 p.m. to October 16, 2013 at 1:00 p.m.
13      **IT IS SO ORDERED.**
14
15  Dated: October 3, 2013      _____
                                HON. NATHANAEL M. COUSINS
16                              UNITED STATES DISTRICT COURT
                                MAGISTRATE JUDGE
17  Firmwide:123295962.1 063095.1058

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*
(United States District Court, Northern District of California seal)

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-06316-EMC)    2.    REQUEST AND [PROPOSED] ORDER TO CONTINUE DISCOVERY HEARING