1  MICHAEL E. BREWER, Bar No. 177912
   mbrewer@littler.com
2  PHILIP A. SIMPKINS, Bar No. 246635
   pasimpkins@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
5  Telephone:   925.932.2468
   Facsimile:   925.946.9809
6
   Attorneys for Defendant
7  OFFICE DEPOT, INC.

8  RICHARD M. ROGERS, Bar No. 045843
   RogersRMR@yahoo.com
9  LAW OFFICE OF RICHARD M. ROGERS
   100 Bush Street, #1980
10 San Francisco, CA 94104
   Telephone:   415.981.9788
11 Facsimile:   415.981.9798

12 Attorney for Plaintiff
   MICHAEL BARID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL BAIRD, | Case No. 3:12-CV-06316-EMC |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL OF AFFIRMATIVE DEFENSES WITHOUT PREJUDICE; AND [PR~~OP~~OSED] ORDER** |
| v. | |
| OFFICE DEPOT, | |
| Defendant. | |

WHEREAS, in light of the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Partial Summary Judgment, Defendant has reanalyzed the remaining affirmative defenses and determined that it should voluntarily dismiss without prejudice the Tenth, Eighteenth, Nineteenth, Twentieth, Fortieth, Forty-First, and Forty-Third Affirmative Defenses as they "are, in effect, denials of liability" with respect to elements on which Plaintiff has the burden of proof, and

WHEREAS, the Parties have met and conferred regarding Defendant's Fifth and Sixth

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-06316-EMC)   STIPULATED REQUEST FOR DISMISSAL OF AFFIRMATIVE DEFENSES WITHOUT PREJUDICE; [PROPOSED] ORDER

Affirmative Defenses and Defendant has agreed to dismiss those defenses without prejudice,

THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned parties, through their counsel of record:

1. That Defendant's Fifth, Sixth, Tenth, Eighteenth, Nineteenth, Twentieth, Fortieth, Forty-First, and Forty-Third Affirmative Defenses be dismissed without prejudice;

2. That such dismissals shall not bar Defendant from arguing at trial that Plaintiff cannot establish the essential elements of his claims based on the same underlying facts Defendant previously offered in support of the dismissed affirmative defenses.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 20, 2014        */S/ Philip A. Simpkins*
MICHAEL E. BREWER
PHILIP A. SIMPKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant, OFFICE DEPOT, INC.

DATED: March 20, 2014        */S/ Richard M. Rogers*
RICHARD M. ROGERS
LAW OFFICE OF RICHARD M. ROGERS
Attorney for Plaintiff, MICHAEL BAIRD

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 20, 2014        */S/ Philip A. Simpkins*
MICHAEL E. BREWER
PHILIP A. SIMPKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant, OFFICE DEPOT, INC.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-06316-EMC)    2.    STIPULATED REQUEST FOR DISMISSAL OF AFFIRMATIVE DEFENSES WITHOUT PREJUDICE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

1.  Defendant's Fifth, Sixth, Tenth, Eighteenth, Nineteenth, Twentieth, Fortieth, Forty-First, and Forty-Third Affirmative Defenses shall be dismissed without prejudice;

2.  Such dismissals shall not bar Defendant from arguing at trial that Plaintiff cannot establish the essential elements of his claims based on the same underlying facts Defendant previously offered in support of the dismissed affirmative defenses.

**IT IS SO ORDERED.**

Dated: __3/21_____, 2014



HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

Firmwide:125873863.1 063095.1058

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:12-CV-06316-EMC)    3.    STIPULATED REQUEST FOR DISMISSAL OF AFFIRMATIVE DEFENSES WITHOUT PREJUDICE; [PROPOSED] ORDER