LAW OFFICE OF

# RICHARD M. ROGERS

TEL: (415)981-9788
FAX: (415)981-9798

100 BUSH STREET, #1980
SAN FRANCISCO, CA 94104

ROGERSRMR@YAHOO.COM
WWW.ROGERSEMPLOYMENTLAW.COM

June 3, 2014

The Hon. Joseph C. Spero
Northern District of California
450 Golden Gate Avenue, Courtroom 5 - 17th Floor
San Francisco, CA   94102

**Via E-file**

Re:     *Baird v. Office Depot;* USDC No. C12-06316 EMC (JCS)

Dear Magistrate Judge Spero:

Mr. Baird is not available on June 17, 2014.   He will be away for his brother's wedding from June 17 to June 22, 2014.

Can we reschedule, please?   It is important that we have the Order re summary judgment prior to the settlement conference.

Very truly yours,
LAW OFFICE OF RICHARD M. ROGERS

Dated: 6/5/14

Richard M. Rogers

DENIED

Judge Joseph C. Spero

RMR/dmr

BAIRD/JUDGE-JCS.L1