UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAIRD, | No. C-12-6316 EMC |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' JOINT LETTER OF JUNE 10, 2014** |
| OFFICE DEPOT, | **(Docket No. 101)** |
| Defendant. _____/ | |

Having considered the parties' joint letter requesting an extension for filing of the joint pretrial conference statement and the pretrial materials currently set for June 17, 2014 (Docket No. 101), the Court **GRANTS** in part the request for extension. The Court extends the deadline to June 23, 2014 at 5:00 p.m. for filing of the joint pretrial conference statement and all pretrial materials.

This order disposes of Docket No. 101.

IT IS SO ORDERED.

Dated: June 11, 2014

_____
EDWARD M. CHEN
United States District Judge