1  **RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
San Francisco, CA  94104
3  Telephone:      415/981-9788
Facsimile:      415/981-9798
4  Email:          RogersRMR@yahoo.com

5  Attorneys for Plaintiff
**MICHAEL BAIRD**

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  MICHAEL BAIRD,                          )   **Case No.:  C12-06316 EMC**
                                           )
13              Plaintiff,                  )   Case filed:          12/12/12
                                           )   Case reassigned:     02/21/13
14      v.                                  )   Trial date:          07/28/14
                                           )
15  OFFICE DEPOT,                           )   **STIPULATION TO DISMISSAL; ORDER**
                                           )
16              Defendants.                 )
                                           )
17                                          )
                                           )
18                                          )

19

20

21

22

23

24

25

26

27

28

Case No.: C12-06316 EMC -- STIPULATION TO DISMISSAL; ORDER

BAIRD
/DISMISS.STIP

1    Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action

2    with prejudice, pursuant to a Settlement Agreement.

3                                                          Respectfully submitted,

4    Dated: 6/17/14                                        LAW OFFICE OF RICHARD M. ROGERS

5

6    By:_____
                                                           RICHARD M. ROGERS
                                                           Attorneys for Plaintiff
7

8    Dated: 7/31/14                                        LITTLER MENDELSON, P.C.

9    By:_____

10                                                         MICHAEL E. BREWER
                                                           PHILIP A. SIMPKINS
11                                                         Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.:  C12-06316 EMC – STIPULATION TO DISMISSAL; ORDER

BAIRD
/DISMISS.STIP

1

2          IT IS SO ORDERED.

3

4                        8 / 4

5     Dated: _____, 2014

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER



_____
EDWARD
United Sta

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

ORDER (RE DISMISSAL)